UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BARBARA KOPPENAAL,
surviving spouse of DENNIS
KOPPENAAL, deceased,

    Plaintiff,

v.                                              Case No. 1:12-cv-490
                                                Hon. Hugh W. Brenneman, Jr.

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____/

## **JUDGMENT**

    In accordance with the Opinion filed this date:

    The decision of the Commissioner is reversed pursuant to sentence four of 42 U.S.C. § 405(g)  and the case is remanded to the Commissioner for further proceedings as outlined in the Opinion.

    **IT IS SO ORDERED.**


Dated:  September 25, 2013                      /s/ Hugh W. Brenneman, Jr.
                                                        HUGH W. BRENNEMAN, JR.
                                                        United States Magistrate Judge